| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) KUGLER, ROBERT B. | 2. Court or Organization United States District Court - District of New Jersey | 3. Date of Report 12/17/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address Mitchell Cohen U.S. Courthouse One John F. Gerry Plaza Camden, New Jersey 08101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trustee #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Trust #1 | Loan | L |
| 2. | Family Member #1 | Loan | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Franklin Templeton Mutual Qualified Fund | A | Dividend | J | T | | | | | |
| 3. Trust (Income Beneficiary) | B | Dividend | M | T | | | | | |
| 4. Partnership, Coins | | None | J | T | | | | | |
| 5. TD Bank | A | Interest | J | T | | | | | |
| 6. AIG Sun America | A | Interest | J | T | | | | | |
| 7. Trust (Trustee) - #8 - #95 are assets of the Trust | | | | | | | | | |
| 8. - Wells Fargo | A | Interest | K | T | | | | | |
| 9. - Vanguard Bond Fund | D | Dividend | L | T | | | | | |
| 10. - Vanguard Dividend Growth | A | Dividend | K | T | | | | | |
| 11. - Vanguard NJ Tax Exempt | A | Dividend | K | T | | | | | |
| 12. - Vanguard 500 Index | D | Dividend | M | T | | | | | |
| 13. - Ambev SA ADR | A | Dividend | J | T | Sold | 08/18/17 | J | B | |
| 14. - Bel Fuse, Inc. | A | Dividend | J | T | Sold | 06/15/17 | J | B | |
| 15. - Biogen Inc. | A | Dividend | J | T | | | | | |
| 16. - Calamos Asset Mgmt. Inc. | A | Dividend | J | T | Sold | 02/21/17 | J | A | |
| 17. - Ceco Environmental Corp. | A | Dividend | J | T | Sold | 02/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Codorus Valley Bancorp | A | Dividend | J | T | | | | | |
| 19. - Commercial National Finl Corp. | A | Dividend | J | T | | | | | |
| 20. - CF Industries Holdings | A | Dividend | J | T | Sold | 12/06/17 | J | A | |
| 21. - Civista Bancshares Inc. | A | Dividend | J | T | Sold | 04/11/17 | J | A | |
| 22. - Croghan Bancshares Inc. | A | Dividend | K | T | | | | | |
| 23. - Delta Natural Gas Company Co. | A | Dividend | J | T | Sold | 09/20/17 | J | C | |
| 24. - Exchange Bank Santa Rosa | A | Dividend | J | T | Sold | 07/03/17 | J | D | |
| 25. - F & M Bank Corp. | A | Dividend | J | T | Sold | 06/15/17 | J | D | |
| 26. - Glaxo Smith Kline PLC | A | Dividend | J | T | Sold | 12/26/17 | J | A | |
| 27. - Horace Mann Educators | A | Dividend | J | T | Sold | 04/11/17 | J | C | |
| 28. - Ingredion Inc. | A | Dividend | J | T | Sold | 04/17/17 | J | B | |
| 29. - Laclede Group Inc. | A | Dividend | J | T | | | | | |
| 30. - Lilly & Co. | A | Dividend | J | T | | | | | |
| 31. - Mackinac Financial Corp. | A | Dividend | J | T | Sold | 06/15/17 | J | B | |
| 32. - Manning & Napier Inc. | A | Dividend | J | T | Sold | 06/15/17 | J | A | |
| 33. - New Jersey Res Corp. | A | Dividend | J | T | Sold | 12/01/17 | J | A | |
| 34. - Northway Financial Inc. | A | Dividend | J | T | Sold | 06/15/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Northwest Natural Gas Co., | A | Dividend | J | T | | | | | |
| 36. - New Home Co., Inc. | A | Dividend | J | T | | | | | |
| 37. - One Liberty Properties | A | Dividend | J | T | | | | | |
| 38. - Otter Tail Corp. | A | Dividend | J | T | | | | | |
| 39. - Pembina Pipeline Corp. | A | Dividend | J | T | | | | | |
| 40. - Pinnacle Bancshares Inc. | A | Dividend | J | T | | | | | |
| 41. - Lannett Co. | A | Dividend | J | T | | | | | |
| 42. - Royal Dutch Shell | C | Dividend | K | T | | | | | |
| 43. - Scana Corp. | A | Dividend | J | T | | | | | |
| 44. - Scana Corp. | | | | | Sold | 12/29/17 | J | B | |
| 45. - Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 46. - Spire Inc. | A | Dividend | J | T | | | | | |
| 47. - Teva Pharm Industries Ltd ADR | A | Dividend | J | T | Sold | 11/29/17 | J | C | |
| 48. - Third Point Reinsurance | A | Dividend | J | T | Sold | 05/12/17 | J | A | |
| 49. - Unilever PLC ADR | A | Dividend | J | T | Sold | 02/24/17 | J | B | |
| 50. - Spartan Nash Co. | A | Dividend | J | T | | | | | |
| 51. - Veolia Environmental ADR | A | Dividend | J | T | Sold | 02/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vodafone Group PLC ADR | A | Dividend | J | T | | | | | |
| 53. - VSE Corp. | A | Dividend | J | T | | | | | |
| 54. - WEC Energy Group | A | Dividend | J | T | | | | | |
| 55. - WGL Holdings Inc. | A | Dividend | J | T | | | | | |
| 56. - Ciner Resources | A | Dividend | J | T | | | | | |
| 57. - PBF Logistics Partners | A | Dividend | J | T | | | | | |
| 58. - Crestwood Equity Partners | A | Dividend | J | T | | | | | |
| 59. - Gran Tierra Energy Inc. | A | Dividend | J | T | | | | | |
| 60. - Medical Properties Trust | A | Dividend | J | T | | | | | |
| 61. - Katahdin Bankshares | A | Dividend | J | T | | | | | |
| 62. - Mortgage NJ Property | A | Interest | N | T | | | | | |
| 63. - Oxbridge Re Holding LT | | | | | Buy | 01/09/17 | | | |
| 64. - Oxbridge Re Holding LT | A | Dividend | J | T | Sold | 03/01/17 | J | A | |
| 65. - Helix Energy Solutions Group Inc. | A | Dividend | J | T | Buy | 01/13/17 | | | |
| 66. - Occidental Petroleum Corp. | A | Dividend | J | T | Buy | 01/26/17 | | | |
| 67. - Terra Nitrogen Co. Ltd. | A | Dividend | J | T | Buy | 01/30/17 | | | |
| 68. - Terra Nitrogen Co. Ltd. | | | | | Sold | 12/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Federated Invs. Inc. | A | Dividend | J | T | Buy | 02/01/17 | | | |
| 70. - Computer Programs & Systems Inc. | A | Dividend | J | T | Buy | 02/16/17 | | | |
| 71. - Baldwin & Lyons Inc. | A | Dividend | J | T | Buy | 02/17/17 | | | |
| 72. - Baldwin & Lyons Inc. | | | | | Sold | 08/18/17 | J | A | |
| 73. - Manitix International Inc. | A | Dividend | J | T | Buy | 02/28/17 | | | |
| 74. - Hardings Inc. | A | Dividend | J | T | Buy | 03/08/17 | | | |
| 75. - Martin Midstream Partners Ltd | A | Dividend | J | T | Buy | 03/08/17 | | | |
| 76. - Amgen Inc. | A | Dividend | J | T | Buy | 04/07/17 | | | |
| 77. - Holly Frontier Corp. | A | Dividend | J | T | Buy | 04/07/17 | | | |
| 78. - Sucampo Pharm | A | Dividend | J | T | Buy | 04/07/17 | | | |
| 79. - National Fuel Gas Co. | A | Dividend | J | T | Buy | 04/13/17 | | | |
| 80. - Allscripts Healthcare Solutions Inc. | A | Dividend | J | T | Buy | 04/20/17 | | | |
| 81. - Sibanye Gold Ltd ADR | A | Dividend | J | T | Buy | 04/26/17 | | | |
| 82. - Chicago Bridge & Iron Co. | A | Dividend | J | T | Buy | 05/16/17 | | | |
| 83. - Chicago Bridge & Iron Co. | | | | | Sold | 06/06/17 | J | A | |
| 84. - CPI Aerostructures Inc. | A | Dividend | J | T | Buy | 05/17/17 | | | |
| 85. - Shire PLC ADR | A | Dividend | J | T | Buy | 06/01/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Maiden Holdings | A | Dividend | J | T | Buy | 07/17/17 | | | |
| 87. - Maiden Holdings | | | | | Sold | 08/11/17 | J | A | |
| 88. - Pfizer Inc. | A | Dividend | J | T | Buy | 08/07/17 | | | |
| 89. - Federated Inv. Inc. | A | Dividend | J | T | Buy | 01/17/17 | | | |
| 90. - Federated Invs. Inc. | | | | | Sold | 08/18/17 | J | A | |
| 91. - Computer Programs & Systems Inc. | A | Dividend | J | T | Buy | 09/22/17 | | | |
| 92. - Genesis Energy Ltd. Partnership | A | Dividend | J | T | Buy | 09/22/17 | | | |
| 93. - General Electric Co. | A | Dividend | J | T | Buy | 12/20/17 | | | |
| 94. - Andeavor Logistics | A | Dividend | J | T | Buy | 12/28/17 | | | |
| 95. - Vistra Energy Corp. | A | Dividend | J | T | Buy | 12/28/17 | | | |
| 96. - Iron Mountain US Holdings | A | Dividend | J | T | Buy | 12/26/17 | | | |
| 97. Mortgage NJ Property | A | Interest | N | T | | | | | |
| 98. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 99. TD Bank | A | Interest | J | T | | | | | |
| 100. T Rowe Price Alaska 529 (no control) | C | Dividend | M | T | | | | | |
| 101. Pioneer Stock Fund | A | Dividend | L | T | | | | | |
| 102. Winthrop Realty Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ballston Spa National Bank | A | Dividend | J | T | Sold | 04/13/17 | J | A | |
| 104. Sturgis Bancorp | A | Dividend | J | T | | | | | |
| 105. CBT Financial Corp. | A | Dividend | J | T | Sold | 03/16/17 | J | A | |
| 106. Exelon Corp. | A | Dividend | J | T | | | | | |
| 107. Croghan Bancshares Inc. | A | Dividend | J | T | | | | | |
| 108. CAE Inc. | A | Dividend | J | T | Sold | 02/15/17 | J | A | |
| 109. Katahdin Bankshares Corp. | A | Dividend | J | T | | | | | |
| 110. Exchange Bank Santa Rosa | A | Dividend | J | T | Sold | 05/13/17 | J | A | |
| 111. Ferrellgas Partners | A | Dividend | J | T | Sold | 02/12/17 | J | A | |
| 112. Croghan Bancshares | A | Dividend | J | T | | | | | |
| 113. Delek Logistics | A | Dividend | J | T | | | | | |
| 114. Glaxo Smith Kline ADR | A | Dividend | J | T | Sold | 12/21/17 | J | A | |
| 115. One Liberty PPTYS Inc. | A | Dividend | J | T | | | | | |
| 116. VSE Corp. | A | Dividend | J | T | | | | | |
| 117. Lilly & Co. | A | Dividend | J | T | | | | | |
| 118. Helix Energy Solutions | A | Dividend | J | T | Buy | 01/16/17 | | | |
| 119. Manitax Intl | A | Dividend | J | T | Buy | 01/13/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CPI Aerostructures | A | Dividend | J | T | Buy | 03/06/17 | | | |
| 121. CPI Aerostructures | A | Dividend | J | T | Buy | 05/07/17 | | | |
| 122. National Fuel Gas Co. | A | Dividend | J | T | Buy | 04/17/17 | | | |
| 123. National Grid PLC | A | Dividend | | T | Buy | 04/25/17 | | | |
| 124. National Grid PLC | | | | | Sold | 12/21/17 | J | A | |
| 125. Sibanye | A | Dividend | J | T | Buy | 04/26/17 | | | |
| 126. Maiden Holdings | A | Dividend | J | T | Buy | 07/17/17 | | | |
| 127. Maiden Holdings | | | | | Sold | 08/17/17 | J | A | |
| 128. Baldwin & Lyons Inc. | A | Dividend | J | T | Buy | 08/10/17 | | | |
| 129. Sterling Construction | A | Dividend | J | T | Buy | 09/16/17 | | | |
| 130. Computer Programs & Systems | A | Dividend | J | T | Buy | 09/26/17 | | | |
| 131. Evolution Petroleum | A | Dividend | J | T | Buy | 09/27/17 | | | |
| 132. VSE Corp. | A | Dividend | J | T | | | | | |
| 133. Pembina Pipeline | A | Dividend | J | T | Buy | 10/10/17 | | | |
| 134. Schlumberger Ltd. | A | Dividend | J | T | Buy | 11/07/17 | | | |
| 135. Phillips 66 Partners LA | A | Dividend | J | T | Buy | 11/08/17 | | | |
| 136. Baldwin & Lyons | A | Dividend | J | T | Buy | 12/15/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Commercial National Fuel | A | Dividend | J | T | Buy | 01/22/17 | | | |
| 138. Gran Tierra Energy | A | Dividend | J | T | Buy | 02/12/17 | | | |
| 139. Richardson Electric | A | Dividend | J | T | Buy | 03/13/17 | | | |
| 140. Riverview Financial | A | Dividend | J | T | Buy | 03/10/17 | | | |
| 141. Real Estate (Collier County, FL) Parcel One | | None | O | T | | | | | |
| 142. Real Estate (Atlantic County, NJ) Parcel One | E | Rent | O | T | | | | | |
| 143. Real Estate (Atlantic County, NJ) Parcel 2 | | None | | | Sold | 10/17/17 | N | G | |
| 144. Real Estate (Camden County, NJ) Parcel 1 | | None | O | S | | | | | |
| 145. Real Estate (Camden County, NJ) Parcel 2 | D | Rent | M | S | | | | | |
| 146. Real Estate (Camden County, NJ) Parcel 3 | D | Rent | O | S | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 12/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. As to Part VI, Liabilities, the loan from Trust #1 was repaid in April, 2018, and the loan from family member #1 will be repaid in July, 2018.

2. As to Part VII, Paragraph 4, the partnership is with a family member (#2) and is invested in gold coins.

3. The Assessment in Part VII, Paragraphs 140 - 144, are as follows:

Collier County Parcel   1: $519,299
Atlantic County Parcel 1: $542,000
Camden County Parcel 1: $725,000
Camden County Parcel 2: $188,500
Camden County Parcel 3: $588,000

Atlantic County Parcel 2 was sold in October, 2017.

4. Part VII, Paragraph 96 is a purchase money mortgage given to The Trust to secure a loan made by The Trust to a family member.

5. Part VII, paragraphs 97, 98, 99, 100, 141, 142, 143 and 144, are owned entirely by

6. As to Part VII, Paragraph 3, I was an income beneficiary of a Trust established by a deceased relative. I had a contingent interest in the corpus. The Trust will be dissolved in 2018 and the assets distributed. I had no power to buy, sell, direct or otherwise dispose of its assets. As of 12/31/17, the Trust was invested in American Century Tax-Free Bond Fund; J..P. Morgan High Yield Fund; Nurveen High Yield Municipal Bond Fund; Nurveen Intermediate Duration Bond; Nurveen Limited Term Municipal Bond Fund; T. Rowe Price Institutional Float Rate Fund; Vanguard Intermediate Term Tax-Exempt Fund; Fidelity Advisors Emerging Markets Income Fund; Pimco Emerging Local Bond Fund Inst.; Comcast Corp; Las Vegas Sands Corp.; TJX Companies, Inc.; Walt Disney Co.; Hain Celestial Group, Inc., Exxon Mobil Corp.; Ameriprise Financial Inc.; Bershire Hathaway, Inc.; Blackrock Inc.; Citigroup Inc.; CME Group, Inc.; J.P. Morgan Chase & Co.; PNC Financial Services Group; Eli Lilly & Co;.Gilead Sciences Inc.; McKesson Corp.; Merck & Co., Inc.; Thomas Fisher Scientific, Inc.; United Health Group, Inc.; Boeing Co.; General Electric Co.; Union Pacific Corp.; Alphabet, Inc.; Apple Inc.; Cisco Systems Inc.; Cognizant Tech Solutions CRP Com.; Microsoft Corp.; Celanese Corp.; Verizon Communications; Public Svc Enterprise Group, Inc.; Eaton Corp.; Manulife Financial Corp.; Suncor Energy, Inc.; AQR Managed Futures Strategy Fund; ASG Global Alternatives Fund; Eaton Vance Global Macro Absolute Return; John Hancock Fund II; Neuberger Berman Long Short Fund; Blackrock Global Long/Short; SPDR DJ Wilshire International Real Estate Fund; T. Rowe Price Real Estate Fund and Voya Real Estate Fund Class 1.

7. Part VII, Paragraph 90 was added as an Amendment to Paragraph 89.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544